1  BRUCE A. KILDAY, ESQ., SB No. 066415
      Email: bkilday@akk-law.com
2  DOUGLAS R. THORN, ESQ., SB No. 133521
      Email: dthorn@akk-law.com
3  **ANGELO, KILDAY & KILDUFF**
   Attorneys at Law
4  601 University Avenue, Suite 150
   Sacramento, CA  95825
5  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263

6

7  Attorneys for Defendants CITY OF OROVILLE,
   DAVID GOYER, SHARON ATTEBERRY,
   JASON TAYLOR, and MITCHELL BROWN
8

9
                     **UNITED STATES DISTRICT COURT**
10
                     **EASTERN DISTRICT OF CALIFORNIA**
11

12 | WALNUT HILL ESTATE ENTERPRISES, LLC, JONOTHAN BENEFIELD, and JULIE BENEFIELD, | Case No.:  2:08-CV-1142-FCD GGH |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER RE RESPONSE TO COMPLAINT** |
| vs. | |
| CITY OF OROVILLE, DAVID GOYER, SHARON ATTEBERRY, JASON TAYLOR, and MITCHELL BROWN, | |
| Defendants. | |

20      The parties, by and through their respective counsel, stipulate and agree as follows:

21      1.    The parties are in the process of pursuing VDRP in an effort to see if this case can
22  be resolved without further litigation.

23      2.    To reduce the costs and expense of litigation while the parties pursue an informal
24  resolution of the case, the parties have stipulated and agreed that the defendants shall have an
25  open extension of time to respond to plaintiff's complaint subject to a 20 day written demand to
26  respond.

27

28

IT IS SO STIPULATED:

Dated: 9/11/08

*/s/ Frear Stephen Schmid*

Frear Stephen Schmid (SB No. 96089)
Attorney for Plaintiffs

Dated:  9/11/08

ANGELO, KILDAY & KILDUFF

By:  */s/ Douglas R. Thorn*

DOUGLAS R. THORN
Attorneys for Defendants

## ORDER

The Court, having considered this stipulation of the parties and good cause appearing therefore, hereby adopts the stipulation of the parties as an order of the Court.

IT IS FURTHER ORDERED that the parties shall file with the Court a status of the case within 90 days of this order, if a responsive pleading has not been filed.

IT IS SO ORDERED.

Date:   September 12, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE